**UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS**
**Washington, D.C.**

**UNITED STATES**

**v.**

**Grant R. WELDIN**
**Chief Marine Science Technician (E-7), U.S. Coast Guard**

**CGCMG 0206**

**Docket No. 1245**

**22 December 2005**

General Court-Martial convened by Commander, Maintenance and Logistics Command Atlantic. Tried at Mobile, Alabama, on 14 April 2005.

| | |
|---|---|
| Military Judge: | CAPT Sharon W. Fijalka, USCG |
| Trial Counsel: | LCDR Monica L. Lombardi, USCG |
| Assistant Trial Counsel: | LT S. Dawn Woodard, USCGR |
| Defense Counsel: | LT Dillon J. Ambrose, JAGC, USNR |
| Appellate Defense Counsel: | LCDR Nancy J. Truax, USCG |
| Appellate Government Counsel: | LT D. Sean Baer, USCGR |

**BEFORE**
**PANEL TEN**
**BAUM, MCCLELLAND***, **& FELICETTI**
Appellate Military Judges

Per Curiam:

Appellant was tried by general court-martial, military judge alone. Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of one specification of violating Article 134, Uniform Code of Military Justice (UCMJ), by knowingly possessing visual depictions of minors engaged in sexually explicit conduct on computer disks that had been transported in interstate or foreign commerce, in violation of 18 U.S.C. § 2252A. The military judge sentenced Appellant to a bad-conduct discharge, confinement for twelve months, and reduction to E-5. The Convening Authority approved the sentence as adjudged, but suspended the part of the sentence extending to a bad conduct discharge until the accused retires

---

* Judge McClelland did not participate in this decision.

from active service, at which time, unless the suspension is sooner vacated, the suspended part of the sentence will be remitted without further action.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved and partially suspended below, are affirmed.



For the Court,

Jane R. Lim
Clerk of the Court